
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **LEO EDWARD WHELAN** | § | Case No. 15-41659 |
| xxx-xx-9252 | § | |
| 2905 Fondren Dr., Dallas, TX 75205 | § | |
| | § | |
| Debtor | § | Chapter 13 |
| RISTRA ENERGY, LLC | § | |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 16-4018 |
| | § | |
| LEO EDWARD WHELAN | § | |
| | § | |
| | § | |
| Defendant | § | |

**DEFAULT JUDGMENT DETERMINING
DEBT TO BE NON-DISCHARGEABLE**

ON THIS DATE the Court considered the Motion for Default Judgment filed by the Plaintiff, Ristra Energy, LLC, in the above-referenced adversary proceeding. The Court finds that an entry of default was entered against the Defendant, Leo Edward Whelan, on July 7, 2016, pursuant to Federal Rule of Bankruptcy Procedure 7055(a), for his failure to appear in response to the Plaintiff's Complaint in the manner and within the time period designated by the Federal Rules of Bankruptcy Procedure. Upon due consideration of the default of the Defendant and the Affidavit of Myra Dria, along with the accompanying exhibits attached thereto, the Court concludes that just cause exists for the entry of the

following judgment pursuant to Federal Rule of Bankruptcy Procedure 7055(b).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Plaintiff, Ristra Energy, LLC, recover from the Defendant, Leo Edward Whelan, the sum of $1,402,245.00, plus post-judgment interest at the current federal post-judgment interest rate of 0.55% until paid.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the above-referenced debt, owed by the Defendant, Leo Edward Whelan, to the Plaintiff, Ristra Energy, LLC, is hereby declared to be non-dischargeable pursuant to 11 U.S.C. §523(a)(2)(A) and §523(a)(6).

Signed on 08/01/2016

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE